FILED
U.S. DISTRICT COURT
W.D.N.Y. BUFFALO
2006 OCT 30 PM 4:24

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v. 06-CR-

JON PURIZHANSKY, 06 CR 378 S

Defendant.

# INFORMATION

(Title 18, United States Code, Section 371)

## COUNT I
## The United States Attorney Charges that:

**COMMENCING** on or about the 1st day of October 2001, and continuing thereafter until on or about the 30th day of May, 2002, in the Western District of New York, and elsewhere, the defendant, **JON PURIZHANSKY,** and others, both known and unknown, unlawfully, willfully, and knowingly combined, conspired, confederated and agreed together, with each other, and with others to commit an offense against the United States.

**THAT IS TO SAY,** during the aforesaid period, the defendant and others unlawfully, willfully and knowingly combined, conspired, confederated and agreed to make false statements with respect to material acts in support of an application to obtain a Temporary Work Visa ("H-1b Visa") in violation of Title 18, United States Code, Section 1546.



**Overt Act**

In furtherance of the conspiracy and to effect the object and purpose thereof, the defendant committed the following overt act, among others, in the Western District of New York.

On or about the 13th day of November, 2001, in the Western District of New York, the defendant, **JON PURIZHANSKY**, caused a letter in support of an I-129 Petition for Non-Immigrant Worker, to be filed with Immigration and Customs Enforcement, which letter was false.

All of the above being in violation of Title 18, United States Code, Section 371.

DATED: Buffalo, New York, October 30, 2006.

TERRANCE P. FLYNN
United States Attorney

BY: [signature]

CHARLES B. WYDYSH
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
716/843-5870
Charles.Wydysh2@usdoj.gov