UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.                                        06-CR-378S

JON PURIZHANSKY,

                     Defendant.

---

**SENTENCING LETTER**

# Siegel, Kelleher & Kahn
*Attorneys and Counselors at Law*

426 Franklin Street • Buffalo, New York 14202
716.881.5800 • 1.800.888.5288
Email: info@skklaw.com • Web site: skklaw.com
Fax: 716.885.3369 (Not for service of papers)

HERBERT M. SIEGEL
J. MICHAEL KELLEHER
MARK G. HIRSCHORN
DENNIS ALAN KAHN
BRIAN R. WELSH
STEVEN G. WISEMAN
TIMOTHY G. O'CONNELL
ROBERT D. STEINHAUS
STEPHEN R. SILVERSTEIN
KENNETH A. OLENA
MICHELLE G. CHAAS
DEEANNA M. GALLA
ELIZABETH L. AMARU
MARCIE J. MASON
CLAYTON L. SILVERNAIL
JENNIFER A. COLEMAN

OF COUNSEL:

WILLIAM J. LOVE, JR.
PAUL A. CHIARAVALLOTI
HERBERT R. JOHNSTON, JR.
BRIAN J. RUFFINO
WILLIAM N. NAPLES
THOMAS CALANDRA
JAMES D. BELL
ROBERT RIORDAN
STEPHEN GASSMAN
BARRY FISCHER
FLORENCE M. FASS
KAREN A. MARCUCCI
• MARKUS COHEN
ALBERT A. BURRUANO

• ADMITTED IN CANADA

January 4, 2007

The Hon. William M. Skretny
United States District Court
Western District of New York
68 Court Street
Buffalo, New York 14202

**RECEIVED**
**WILLIAM M. SKRETNY**
JAN 0 8 2007
United States District Court
Western District of New York

RE: Jon Purizhansky
06-CR-378

Dear Judge Skretny:

I am writing on behalf of Jon Purizhansky who is scheduled to be sentenced by you on March 5, 2007.

I understand that Jon pled guilty to conspiracy to submit false information to the United States Immigration and Naturalization Service.

I have known Jon for the past eight years and stood up with him when he was married to his wife, Kira.

Jon came to Buffalo as a refugee with his parents in 1989. When he arrived in Western New York, he did not speak English. After an extraordinary effort with a scholarship, he graduated from The Park School of Buffalo in 1991. Four years later he graduated from The University of Buffalo with a Degree in Biochemical Pharmacology. In 1998 he graduated from the School of Law and Jurisprudence at the State University of New York at Buffalo. After passing the bar exam he was admitted to practice in 1999.

I believe it is important to consider Jon's guilty plea in the context of his background. Jon was born January 25, 1973 in Mogilev, in the Belorussian Soviet Socialist Republic.

Jon's parents had originally resided in Minsk, however, due to the Soviet's official policy of persecution of the Jewish population, they had moved to Mogilev where they had family connections and where his father was able to continue work on his doctorate in mechanical engineering. Jon's mother worked as a physician in a local clinic.

# Siegel, Kelleher & Kahn

As a consequence of Perestroika, and the concomitant easing of immigration restrictions on Soviet Jews, the Purizhansky's were able to obtain exit visa's and left the Soviet Union in the Fall of 1988. After seven months in various refugee centers in Austria and Italy, the family entered the United States in 1989.

They settled on Massachusetts Avenue in the Lower West Side of Buffalo, Jon's father immediately found a job as an engineer and his mother began studying for the exam to obtain a physician's license in the United States. Unfortunately, Jon was left to adjust to American life largely on his own.

While still a student, Jon voluntarily assisted newly arrived immigrants with translation at various appointments and otherwise assisted them in getting acclimated to the life in the United States.

Following his admittance to the bar, Jon joined the Law Offices of Albert Burruano as a Partner in a new law firm, the Offices of Burruano and Purizhansky. Jon specialized in Immigration Law. He had tremendous empathy for his clients who often suffered from persecution in their home countries. While practicing, he did a substantial amount of pro bono work for immigrants who needed but could not pay for legal services.

Jon meet Kira in Tel Aviv in May of 1999. In February of 2000, Kira came to Buffalo to join him and they were married in March. They have two children, Daniel and Benjamin, ages 5 and 3.

Following their marriage, Jon and Kira continued to travel to Israel frequently. By 2004 they had decided to make Israel their home base. Jon established Expert Relocation Solutions Ltd., specializing in international employment placement. The company is headquartered in Haifa and he has three employees.

Jon plead guilty to conspiracy to submit false information. I do not believe that Jon profited, economically or otherwise, as a result of this offense. I believe that what occurred was the result of his tremendous empathy and his desire to help individuals who had suffered as his family had suffered.

Siegel, Kelleher & Kahn

# Siegel, Kelleher & Kahn

I would ask that the court extend such leniency as is allowable, so that Jon may continue to be a good husband to Kira and a good father to his children.

Thank you for your consideration of this submission. Please feel free to call upon me if there is any other additional information you would like or anything else that I can do on Jon's behalf in connection with this matter.

I remain.

Respectfully yours,

SIEGEL, KELLEHER & KAHN

HERB SIEGEL, ESQ.

HMS:bar