# Siegel, Kelleher & Kahn

*Attorneys and Counselors at Law*

426 Franklin Street • Buffalo, New York 14202
716.881.5800 • 1.800.888.5288
Email: info@skklaw.com • Web site: skklaw.com
Fax: 716.885.3369 (Not for service of papers)

January 4, 2007

HERBERT M. SIEGEL
J. MICHAEL KELLEHER
MARK G. HIRSCHORN
DENNIS ALAN KAHN
BRIAN R. WELSH
STEVEN G. WISEMAN
TIMOTHY G. O'CONNELL
ROBERT D. STEINHAUS
STEPHEN R. SILVERSTEIN
KENNETH A. OLENA
MICHELLE G. CHAAS
DEEANNA M. GALLA
ELIZABETH L. AMARU
MARCIE J. MASON
CLAYTON L. SILVERNAIL
JENNIFER A. COLEMAN

OF COUNSEL:

WILLIAM J. LOVE, JR.
PAUL A. CHIARAVALLOTI
HERBERT R. JOHNSTON, JR.
BRIAN J. RUFFINO
WILLIAM N. NAPLES
THOMAS CALANDRA
JAMES D. BELL
ROBERT RIORDAN
STEPHEN GASSMAN
BARRY FISCHER
FLORENCE M. FASS
KAREN A. MARCUCCI
• MARKUS COHEN
ALBERT A. BURRUANO

• ADMITTED IN CANADA

The Hon. William M. Skretny
United States District Court
Western District of New York
68 Court Street
Buffalo, New York 14202

RE: Jon Purizhansky

Dear Judge Skretny:

    I am writing on behalf of Jon Purizhansky who is scheduled to be sentenced by you on March 5, 2007.

    I understand that Jon pled guilty to conspiracy to submit false information to the United States Immigration and Naturalization Service.

    I have known Jon for the past eight years and stood up with him when he was married to his wife, Kira.

    Jon came to Buffalo as a refugee with his parents in 1989. When he arrived in Western New York, he did not speak English. After an extraordinary effort with a scholarship, he graduated from The Park School of Buffalo in 1991. Four years later he graduated from The University of Buffalo with a Degree in Biochemical Pharmacology. In 1998 he graduated from the School of Law and Jurisprudence at the State University of New York at Buffalo. After passing the bar exam he was admitted to practice in 1999.

    I believe it is important to consider Jon's guilty plea in the context of his background. Jon was born January 25, 1973 in Mogilev, in the Belorussian Soviet Socialist Republic.

    Jon's parents had originally resided in Minsk, however, due to the Soviet's official policy of persecution of the Jewish population, they had moved to Mogilev where they had family connections and where his father was able to continue work on his doctorate in mechanical engineering. Jon's mother worked as a physician in a local clinic.

Siegel, Kelleher & Kahn

As a consequence of Perestroika, and the concomitant easing of immigration restrictions on Soviet Jews, the Purizhansky's were able to obtain exit visa's and left the Soviet Union in the Fall of 1988. After seven months in various refugee centers in Austria and Italy, the family entered the United States in 1989.

They settled on Massachusetts Avenue in the Lower West Side of Buffalo, Jon's father immediately found a job as an engineer and his mother began studying for the exam to obtain a physician's license in the United States. Unfortunately, Jon was left to adjust to American life largely on his own.

While still a student, Jon voluntarily assisted newly arrived immigrants with translation at various appointments and otherwise assisted them in getting acclimated to the life in the United States.

Following his admittance to the bar, Jon joined the Law Offices of Albert Burruano as a Partner in a new law firm, the Offices of Burruano and Purizhansky. Jon specialized in Immigration Law. He had tremendous empathy for his clients who often suffered from persecution in their home countries. While practicing, he did a substantial amount of pro bono work for immigrants who needed but could not pay for legal services.

Jon meet Kira in Tel Aviv in May of 1999. In February of 2000, Kira came to Buffalo to join him and they were married in March. They have two children, Daniel and Benjamin, ages 5 and 3.

Following their marriage, Jon and Kira continued to travel to Israel frequently. By 2004 they had decided to make Israel their home base. Jon established Expert Relocation Solutions Ltd., specializing in international employment placement. The company is headquartered in Haifa and he has three employees.

Jon plead guilty to conspiracy to submit false information. I do not believe that Jon profited, economically or otherwise, as a result of this offense. I believe that what occurred was the result of his tremendous empathy and his desire to help individuals who had suffered as his family had suffered.

# Siegel, Kelleher & Kahn

I would ask that the court extend such leniency as is allowable, so that Jon may continue to be a good husband to Kira and a good father to his children.

Thank you for your consideration of this submission. Please feel free to call upon me if there is any other additional information you would like or anything else that I can do on Jon's behalf in connection with this matter.

I remain.

Respectfully yours,

SIEGEL, KELLEHER & KAHN


HERB SIEGEL, ESQ.

HMS:bar

**ROMAN ABRAMOV**
GILAD STREET 5/25
RAMAT GAN, ISRAEL
972-54-5703610 TEL
roman-abr@013.net

---

December 3, 1006

Honorable Judge Skretny
304 U.S. Courthouse
68 Court Street
Buffalo, New York 14202
United States of America

RE:   Character reference letter for Jon Purizhansky

Dear Judge Skretny:

Please accept this letter as character reference for Jon Purizhansky.

I am a citizen of the State of Israel. I hold Bachelor's Degree in Computer Science from the University of Tel-Aviv. From 1998 until 2001 I served in Israeli Air Force Intelligence. I was discharged with honors. Currently, I am employed with Israel Military Industries as Computer Programmer. I have known Jon Purizhansky for approximately five years.

I know that Jon Purizhansky pleaded guilty to conspiracy to submit false information to the immigration authorities of the United States and that his sentencing will take place on March 5, 2006. I know that Jon made a mistake and that now he is paying for it. However, I would like to tell you that Jon is a very good person. Jon is a family man, who loves his wife and children. Despite the fact that Jon made a mistake, I believe that he will be a great role model for his sons, who are now aged almost three and five.

I would like to bring your attention to the fact that on February 25, 2005, when a suicide bomber committed a terrorist attack at the Stage Nightclub in Tel-Aviv and dozens of people died, Jon was one of the first people to rush to the scene of the attack. At the site, he was helping people move out despite the possibility that the second terrorist could have been awaiting for the people around the site to gather so that a more effective attack could be committed.

Jon is the kind of person, who will go out of his way to help those in need. I write this letter on Jon's behalf with an open heart, because I know that the world is a just a bit better because of people like Jon. Nevertheless, I realize that Jon made a mistake and I respectfully urge Your Honor to exercise leniency at Jon's sentencing.

I can be contacted at any time regarding this letter.

Thank you,

*[signature]*

Roman Abramov

December 22, 2006

From: Gil Rotenberg
Herzl Street 24/1
Rishon Le Zion, Israel
972-52-254-4848 TEL

To: Honorable Judge Skretny
304 U.S. Courthouse
68 Court Street
Buffalo, New York 14202
USA

Dear Judge Skretny:

I am writing this letter to describe Jon Purizhansky. English is not my first language and I apologize for stylistic or grammar mistakes in advance.

I am a citizen of the State of Israel, where I currently reside. I am an optical specialist by profession. I am employed with DTY Optical Services, one of the largest optical services companies in Central Israel. From 1995 until 2000 I served in the Israeli Air Force, from which I was discharged with honors. I hold the rank of a lieutenant.

I have known Jon Purizhansky since 1999. I am aware of the fact that he recently pleaded guilty to conspiracy to submit false documents to the Immigration Service of the United States. Nevertheless, I would recommend Jon to anyone as a good and honest person with very strong sense of values. Jon is married to an Israeli girl and has two beautiful little children, ages three and five. He comes from a very loving family, with which he has a great relationship. I know Jon is proud to be an American, although he lives in Israel.

Jon loves helping people. During the winter of 2004, when a northern Israeli village experienced a flood, Jon organized a group of four cars to transport elderly people without transportation to their families in Haifa. I was one of the people who helped Jon in this initiative. The idea was Jon's, but we all experienced a great feeling knowing that we were able to help people who would otherwise be in trouble because of the flood. I am also aware of the fact that Jon helped victims of a terrorist attack that happened in Tel-Aviv in February 2005.

Jon made a mistake that he feels horrible about. His future will not be the same as if he did not make this mistake. His career as an American lawyer may be finished forever and he will have a criminal record in the United States. Nevertheless, I really hope that he will succeed in life and I would like to very respectfully ask you to exercise leniency at Jon's sentencing.

Thank you for reading this letter,

Gil Rotenberg

**AVTAHA MIVTSAIT LTD.**  אבטחה מבצעית בע"מ

December 24, 2006--12–24

Honorable William M. Skretny
United States District Judge
Western District of New York
304 U.S. Courthouse
68 Court Street
Buffalo, New York 14202
The United States of America

RE: Letter of Reference for Jon Purizhansky

Your Honor:

Please accept this letter as my letter of character reference for Jon Purizhansky.

I am a citizen of the State of Israel. I hold a Bachelor's Degree in Accounting from University of Haifa. From 1986 until 1991 I served in the Paratrooper Unit of the Israeli Army. I was honorably discharged in the rank of Major. I participated in combat against Hamas, Islamic Jihad and other terrorist groups in the Gaza strip and against Hizbullah in Lebanon. Currently, I manage a security company that has eight hundred employees in Israel. We provide Israelis and tourists with security by securing Israeli buses, malls and office buildings against possible terror attacks. I also serve as a Special Unit Police Officer. Our police unit arrests and brings to justice most dangerous terrorists in the West Bank, when ordered to do so by the government of the State of Israel. I participate in making these arrests on regular basis.

I have known Jon Purizhansky for four years. I know that Jon Purizhansky pleaded guilty in Your court to conspiracy to submit false documents to the Immigration Service of the United States. Nevertheless, I would like to confirm that Jon Purizhansky is an honorable, good and courageous person. On February 25, 2005, Jon and I were together in Tel-Aviv when a terrorist attack happened. As soon as we heard a blast, Jon volunteered to rush to the scene of the attack, which was nearby. At the site, Jon assisted victims move out of the scene.

Jon is married and has two children. He spends a lot of time with his family. He is respected by his friends and people he works with. Jon respects the elderly and has assisted disadvantaged people on many instances. I recommend Jon as a person of good moral character. Unfortunately, Jon made a mistake. However, I would like to respectfully ask Your Honor to be lenient with Jon Purizhansky.

Please feel free to contact me at any time regarding this letter.

Respectfully yours,

Erez Shoshani

שרותי אבטחה ושמירה, ייעוץ בטחוני בינלאומי, טכנולוגית מיגון, שרותי אחזקה וניקיון.

January 7, 2007

Honorable Judge William M. Skretny
United States District Court
Western District of New York
68 Court Street
Buffalo, NY 14202

Re: Jon Purizhansky

Dear Honorable Judge Skretny:

I am writing this letter on behalf of Jon Purizhansky. I have known Jon since my husband and I came to the United States in 1992.

My name is Viktoria Azattian. I reside at 435 A Allenhurst Road, Amherst, NY 14226. My telephone number is 716-835-7428. I was born on 04/14/1929 in Baku, Azerbaijan. I am a high school teacher by profession. I am Armenian by ethnicity. My family and I resided in Azerbaijan until the Armenian pogroms of 1990. In 1990, Muslims slaughtered thousands of Armenians in Azerbaijan. I witnessed Armenians being killed, raped and burnt alive in front of my eyes during the pogroms. An Azerbaijani family helped my husband and I escape the pogroms. If we did not receive this help, we would have been killed. We escaped by taking a ferry via Caspian Sea on January 9, 1990. We left all of our belongings in Azerbaijan as we were running for our lives and did not have the luxury of either packing or preparing to leave. In 1992, we were granted refugee status by the government of the United States of America.

I met Jon almost immediately upon arrival in Buffalo. Jon was a student at UB at the time. As a student, he voluntarily helped our family and other immigrant families with translating at appointments and in supermarkets, helping us with various letters and otherwise helping us adjust to our new country. After Jon became an attorney, he performed legal work on pro-bono basis for my family as well as for other many elderly immigrants. Jon really helped us a lot. I would like to tell you that Jon is a great person. He is compassionate, hard-working and honest.

I know that he pleaded guilty in your Court to conspiracy to submit false statements to the INS. Nevertheless, I would like to tell you that I have seen a lot in my life and I feel privileged to know a person like Jon Purizhansky. Jon is a very good person and I would like to respectfully ask your Honor to be lenient on the day of Jon's sentencing.

Thank you,

Viktoria Azattian

December 23, 1006

Vladimir & Victoria Ratiani Herzberg
23 Haroe Street
Ramat Gan, Israel


To:     Honorable Judge Skretny
        304 U.S. Courthouse
        68 Court Street
        Buffalo, New York 14202


Dear Judge Skretny:

I am writing this letter in support of our son-in-law, Jon Purizhansky. We are aware of the fact that Jon pleaded guilty to conspiracy to submit false statements to the United States Immigration Service. We would like to tell you that Jon is an exceptional person and that we love him very much.

Originally, we are from Baku, Azerbaijan. We moved to Israel after a wave of anti-Christian pogroms in Azerbaijan in 1990, during which we hid an Armenian family in our home. Most Armenians were either slaughtered or left. Subsequently, all other non-Muslim population of Azerbaijan, including our family, left the country.

Jon met our daughter Kira in May 1999. They were married on March 1, 2000 in Buffalo, New York. Jon and Kira have two beautiful children, Daniel Yuval and Benjamin Ariel, aged five and three. Jon adores his sons and devotes a lot of time to them. Jon and Kira really love each other and we hope that the Lord will bless them with more children. Jon is also very close with his grandparents who are frequent guests at his house. He also maintains very loving relationship with his extended family, including uncles, aunts and cousins. We believe that all people who know Jon well would attest to his good character.

We would like to tell you that Jon really goes out of his way to help people. In Israel, he helped terror victims and organized a lift for people stuck in a flooded area without transportation. In the United States, he often handled pro-bono cases as an attorney. Also, he often helped elderly immigrants with translating documents and making telephone calls in English that otherwise they could not make. We realize that Jon made a mistake. He realizes what he did and he is extremely remorseful. We really hope that he will be able to re-establish his life and that his future will be bright as he is still young.

We would like to respectfully ask Your Honor to treat Jon leniently during his sentencing. Thank you for reading this letter.



Vladimir Ratiani

December 7, 1006

From:   Eliahu Serkin
        Ben Gurion Street 59/15
        Kfar Sava, Israel
        972-50-758-9544

To:     Honorable Judge Skretny
        304 U.S. Courthouse
        68 Court Street
        Buffalo, New York 14202

Dear Judge Skretny:

I am writing this letter to provide a character witness for Jon Purizhansky. I am a citizen of Israel. From 1990 until 1993 I served in the Hel Ha'Avir unit of the Israeli Defence Forces. I participated in combat actions against the terrorists in the Gaza Strip and the West Bank and against Hizbullah terrorists in Lebanon. Currently, I am a reserve soldier. My rank is Senior Sergeant.

I have known Jon Purizhansky for seven years. I visited Jon in the United States a few times before he moved to Israel. Jon is married to Kira Purizhansky. He has two sons, Daniel and Benjamin. Jon comes from a very nice family. His mother is a doctor and his father is an engineer. Jon has a great relationship with all his family members. He is especially devoted to his sons, with whom he spends a lot of time.

I am aware of the fact that Jon is scheduled to be sentenced for conspiracy to submit false information to the United States immigration service. I know that Jon is extremely sorry that he made a mistake for which now he is paying dearly. Despite the fact that Jon made a mistake, I would like to tell you that he is a very good person.

In January 2004, Jon organized a group of his friends to transport a group of elderly people from flooded zone into Haifa. I was one of the people in the group. Jon replied to a poster that asked people to assist the elderly and children escape the flood. Within two hours, he organized four cars to drive up to the flooded area. Thereafter, we transported ten elderly people to Haifa. I also know that Jon helped victims at a terror attack site after the suicide bomber blew himself up in front of the Stage Nightclub in Tel-Aviv. Unfortunately, terror is a common horror is Israel and we learn to appreciate people like Jon here.

I would like to respectfully ask Your Honor to treat Jon leniently at his sentencing. Please feel free to contact me at any time regarding this letter.

Thank you,

Eliahu Serkin

# BERGER & BERGER

Attorneys at Law
555 International Drive • Suite 800 • Buffalo, NY 14221
Tel 716•634•6500 • Fax 716•634•0415
www.usavisa.net

Michael B. Berger
William H. Berger

PARALEGALS
Judith Rose Field
Nancy E. Osolkowski
Kelly L. Cipolla
Jennifer Greenwood

LAW CLERK
Ryan Lown
Julia E. Herzog

PRACTICE AREAS
U.S. Immigration
U.S. Customs
Federal Litigation
Federal Labor Law
Business Law

November 29, 2006

Mr. Jon Purizhansky
Law Offices of Burruano & Purizhansky
420 Franklin Street
Buffalo, NY 14202

RE:   AVAKOV, Levon

Dear Mr. Purizhansky:

Our office has been retained by the above-mentioned client. Enclosed please find Form G-28 and a signed authorization letter from Mr. Avakon requesting the transfer of his immigration file to the Law Firm of Berger and Berger. Please forward the file to our office as soon as possible.

If you should have any questions regarding this matter, please contact the undersigned.

Thank you for your attention to this matter.

Yours truly,

Michael B. Berger
MBB/pe
Enc.

By Appointment Only
3445 Winton Place, Suite 228
Rochester, NY 14623
585-424-4760

January 1, 2006

Alex Meyerovich
650 Daniels Farm Road
Trumbull, CN 06611
203-268-3454 Tel
meyerovich@snet.net

Honorable Judge William M. Skretny
United States District Court
Western District of New York
68 Court Street
Buffalo, New York 14202

    Re: Jon Purizhansky

Dear Honorable Judge Skretny:

I have been living in the USA since 1994, when I emigrated from the Republic of Belarus. I hold Bachelor of Science Degree in Finance from Southern Connecticut State University. Currently, I am a third-year law student at the University of Connecticut School of Law. I am employed as a tax preparer at Advantage Tax Advisors, a Connecticut-based tax preparation firm.

I would like to respectfully submit this letter in support of Jon Purizhansky, whom I have known for over 26 years. I know Jon as a father to a family, a person of admirable moral values, and a professional devoted to civic service. Jon immigrated to the USA from the Former USSR in 1989. He graduated from a Biochemical Pharmacy program at SUNY at Buffalo in 1995. Jon received his Law degree in 1998. He was subsequently admitted to practice as an attorney in February 1999.

Jon and I grew up together in the Republic of Belarus and were close friends throughout our school years. After Jon immigrated to the USA, we stayed in touch until my arrival to the USA in 1994. Since then, I have had the opportunity to see Jon as an ethical and trustworthy individual in his private and professional life.

Jon was married in July 2000 and has two children: Daniel, 5, and Benjamin, 3. Jon Purizhansky is a loving and devoted husband and father. As a professional, he has sought numerous ways to help the underprivileged through doing pro bono work and participating in community based organizations.

I am aware that Jon has pleaded guilty to conspiracy to submit false information to the USCIS. Nevertheless, he is a person of strong moral character and professional honesty. He is remorseful for his lack of judgment in this instance and is determined to demonstrate utmost prudence and respect for law in the future. I would like to respectfully ask Your Honor for leniency during Jon Purizhansky's sentencing on March 5, 2007.

Respectfully,

Alex Meyerovich

# Siegel, Kelleher & Kahn

January 2, 2007

Hon. William R. Skretny
68 Court Street, Part IV
5th Floor
Buffalo, New York 14202

    Re: Jon Purizhansky

Dear Judge Skretny:

I have known Jon Purizhansky as a friend and colleague for a period of four years. I met Jon when I was hired to handle the Social Security Disability cases at Siegel, Kelleher & Kahn. We have worked together on a number of these cases over the years so I believe it puts me in a position to provide you with a pretty accurate assessment of his character.

As a lawyer, Jon is a hard working and highly committed individual. As a member of an accomplished family of four who came to the United States in 1989 from the Soviet Union he understood the importance of "giving back" and after becoming a lawyer spent a great deal of time doing pro bono work for immigrants like himself.

As a friend Jon is a standout. He is loyal, honest, considerate and supportive individual who has the ability to see and understand things from another person's perspective. He is hyper-sensitive and always tuned in to how another person might "feel" in a given situation.

Jon is a wonderful family man. Devoted husband to wife Kira and their two young sons, loving son and brother.

I understand Jon pleaded guilty to submit false information to the United States Citizenship and Immigration Service. I know the price he has already paid for this and ask for leniency at the sentencing.

Respectfully submitted,

ROBIN H. FRIEDMAN