בס"ד

# JEWISH DISCOVERY CENTER

212 EXETER ROAD   WILLIAMSVILLE, N.Y. 14221   (716) 632-0467; fax (716) 631-0527

**Director**
Rabbi Heschel Greenberg

**Programming**
Rabbi Laizer Labkovski

**Education**
Rabbi Yehoshua Greenberg

**Development**
Rabbi Levi Greenberg

**BOARD OF DIRECTORS**
**President**
Dr. Norman Weinberg

**Secretary**
Sam Golden

**Treasurer**
Mark Yellen

Phillip Abramowitz Esq.
Jed Carrol Esq.
Harold Halpern Esq.
Arthur Gellman
Jeffrey Katz Esq.
Jim Kushner
Shoshana Laub
Elliot Lasky
Marc Levy
Rabbi Avrohom Meir Shuman
Charles Shuman
Bernice Stern
Debbie Stern
Dr. Stuart Weinstein
Harris Witkin
Rabbi Pinchas Young

**Alumni**
Marc Chodorow
Dr. Marc Epstein
Louis Wallen.

**Past Presidents**
Dr. Arnold Stern*
Dr. Stuart Weinstein

*Deceased

January 11, 2007

The Honorable Judge
William M. Skretny
Unites States District Court
Western District of New York
68 Court Street
Buffalo, New York 14202

Dear Honorable Judge Skretny:

    I am writing this letter on behalf of Jon Peruzhansky. I am aware that he plead guilty to conspiracy to submit false information to the Unites States Citizenship and Immigration Service.

    I have known Jon, his parents and grandparents, since they arrived from the former Soviet Union in 1989. Jon comes from a family of decent, hard working, dedicated and honest citizens who have contributed significantly to the Buffalo community in so many ways. Jon was my student when he was an undergraduate at U.B.

    Jon is an extremely good person, who has devoted much of his professional and personal life to helping the elderly and those in need. Jon is a good husband and father and someone who I have always counted on to lend a helping hand.

    I humbly and respectfully request that you show leniency in Jon's sentencing.

Respectfully,

Rabbi Heschel Greenberg

---

Adult Education/Senior Adults/Educational Resource for Local Schools and Agencies/Pre-Holiday Seminars/Art Calendar/Fax of Lifeail/Let My People Know-Weekly TV Program/Institute for Jewish Studies/Shabbat Candle-Lighting-Time Magnet/Children's Programs/Shabbat Hospitality/Ethnic Shabbatons/Communal Seder/Chanukah & Purim Dinners/Lulav & Etrog Service/Counseling/Religious Articles/Lunch & Learn/Hospital Visitation/Picnics/Judaica Library/Children and Adult Tutorials/Rosh Chodesh Women's Circle/Weekly Class at Weinberg Campus & Blvd. Towers/Bar and Bat Mitzvah Club/"Football & Farbrengen"/Outreach to unaffiliated/Chai Community School

Mark Goldman
398 Jersey Street
Buffalo, New York 14213

January 10, 2007

Honorable Judge William Skretny
United State District Court, Western new York
68 Court Street
Buffalo, New York 14202

Dear Judge Skretny:

I am writing on behalf of Jon Purizhansky whom I have known since almost his first day in Buffalo when , as a sixteen year-old boy who spoke almost no English, he came to our house with his family for a Fourth of July picnic. I have known Jon and his family since and I have followed him as he completed first high school, then college and finally law school with great intelligence, character and commitment. I followed him too as he began his career working in both Israel and the United States, building a legal practice that is rooted in great care and concern for his varied and highly diverse clientele.

While I am aware that Jon has pled guilty to conspiracy to submit false information to the United States Immigration Service, I am convinced that, given all that I know about him, his family and his background, he is a good and honest person. Therefore, I would like to respectfully ask your Honor for leniency at Jon's sentencing on March 5, 2007.

Sincerely yours,

Mark Goldman



# CITY OF BUFFALO
DEPARTMENT OF
AUDIT AND CONTROL
COMPTROLLERS OFFICE
1225 CITY HALL
BUFFALO, NEW YORK  14202

**DARBY R. FISHKIN, CPA**
*DEPUTY COMPTROLLER*

January 8, 2007

Honorable William M. Skretny

Dear Judge Skretny,

I am writing this letter of support to you on behalf of Jon Purizhansky who is scheduled to come before you for sentencing in the near future.

For your reference, I am the deputy comptroller for the City of Buffalo and prior to joining the comptroller's office in 2003, I worked for the Ernst & Young accounting firm.  I have two master's degrees in business administration, one in professional accounting, and am a CPA.

I am asking you to consider leniency in the sentencing of Mr. Purizhansky because I believe that his record of accomplishment is worthy of such consideration.  He was graduated from the Biochemical Pharmacology program at UB in 1995, was graduated from the UB Law School in 1998, and was admitted to practice in 1999.  He is married and the father of two children.  In a relatively short time, he has accomplished a lot as an attorney and as a member of the community evidenced by his pro-bono work for the elderly and disadvantaged.

I have known Mr. Purizhansky for several years as I am married to his cousin, Dr. Zair Fishkin.  It is my strong belief that Mr. Purizhansky is a person of good moral character and is worthy of leniency by the court in this matter.  I thank you in advance for your consideration of my request regarding Mr. Purizhansky.  If you have any questions, I would certainly be available at your convenience.

Sincerely,

Darby Fishkin
Deputy Comptroller

*Irene Teper, M.D.*

*Internal Medicine*                                                                                      165 Rowland Way, Suite 201
                                                                                                          Novato, California 94945-5009
                                                                                                          (415) 897-3174

12/28/06

Dear Honorable Judge Skretny,

My brother, Jon Purizhansky, recently plead guilty to conspiracy to submit false statements to the United States Citizenship and Immigration Service. Before you decide on his sentencing, I ask that you consider some information that I would like to share with you.

Jon was 16 years old when our family came to the United States from the former Soviet Union. Among his peers, Jon was one of very few who went back to school after arriving to the States. He studied at Park School of Buffalo for two years, after which he was accepted to University at Buffalo for his undergraduate studies in Biochemical Pharmacology. My father went to work as an Engineer about a month after our arrival here, while my mother went to Kaplan courses to learn English and study for ECFMG (Examination for Foreign Medical Graduates). All through high school and college, Jon worked at various places (shoe store, Sunshine supermarket, etc). Jon has always had a keen interest in history and politics and during his undergraduate studies, he decided to apply to Law School. He was accepted into University of Buffalo School of Law, as well as Cordoza School of Law (in NYC) and chose SUNY Buffalo to be closer to his family.

While in college and Law School, Jon often helped other Russian immigrants translate documents from Russian to English, as well as fill out various applications. Once he graduated from Law school, passed the BAR, he opened his own Law Firm specializing in immigration law. At that time, he mostly helped immigrants from the former Soviet Union and did a lot of pro-bono work, as a good number of them did not have the means to pay him.

Jon is married and has two wonderful children. His wife is an Israeli. A few years ago, Jon moved to Israel together with his family.

On a very personal note, I have always been in awe of my brother. He is very intelligent, charming, incredibly generous and kind. People are always drawn to him and he is always surrounded by "friends". The reason I put that word in quotations is because Jon's most pronounced quality is his trust of people's goodness. Jon himself is always trying to help people and he often naively believes that everyone he meets is just as good at heart.

When you are considering his sentence, please keep in mind that Jon made a terrible mistake, which he made out of a desire to help a suffering family and that he is a truly good person, who has worked very hard to get to where he is today.
Should you have any other questions that this letter failed to answer, please do not hesitate to contact me.

I greatly appreciate your time and consideration!

Sincerely,

*[signature]*

Irene Teper

January 8, 2007


Honorable William M. Skretny
U.S. District Court
Western District of New York
68 Court Street
Buffalo, NY 14202

Dear Judge Skretny,

I am writing to you in support of my cousin, Jon Purizhansky, who will come before you shortly for sentencing.

Jon and I have known each other all our lives. My family was first to move to the United States in 1980 with Jon's family coming to this county nine years later. My cousin and I have both been very fortunate in many respects since coming here, achieving academic and professional successes as well as personal fulfillment. I am married with a baby daughter and Jon and his wife have two children. My wife, Darby, who is presently the deputy comptroller for the City of Buffalo, is also writing a letter of support to you on behalf of Jon.

I graduated from Johns Hopkins in 1995 with a biomedical engineering degree and earned my PhD in biomedical engineering from the University of Buffalo in 2000. Three years later I got my M.D. from UB. My cousin Jon is a practicing attorney (UB Law School) who has done a great deal of pro-bono work for many disadvantaged people, including the elderly.

Let me state unequivocally, Judge Skretny, that my cousin Jon is an honorable person who I respect for his commitment to helping people less fortunate and for his love and devotion to his family. I believe he is deserving of leniency in this matter and that he would do nothing in the future that would in any way disgrace such a decision by the court. I ask for your consideration I preparing for sentencing and if you would require anything further of me, I would of course be available at your convenience.

I would like to thank you in advance for any consideration you might give to Jon as the sentencing date approaches. Our families are hopeful that Jon can recover from this matter and move forward with his life.

Sincerely,

Zair Fishkin, M.D, PhD

1/4/07


CONQUEST
FINANCIAL SERVICES LLC.

January 6, 2006

Honorable Judge William M. Skretny
United States District Court
Western District of New York
68 Court Street
Buffalo, NY 14202

Re: Jon Purizhansky

Dear Honorable Judge Skretny:

I have known Jon Purizhansky for approximately ten years. When I met him he was a law student and it amazed me how much he achieved within a period of a few years that he lived in the United States. At the time, he was here only for a few years. However, he already held a degree in Biochemical Pharmacology and was on his way to becoming an attorney. As soon as we met, Jon and I became great friends.

Currently, I am Chairman of the Board of Conquest Financial Services LLC, a company specializing in merchant loans and credit card processing. Our company maintains two offices, in the United States and in Canada. However, when I met Jon my family and I were going through extremely difficult financial times. After Jon became an attorney, he did legal work on a pro-bono basis for my mother who could not afford an attorney at the time. My mother was having a hard time finding an attorney who would help her free of charge. As soon as Jon learnt that my mother needed a lawyer, he volunteered to help her on a pro-bono basis. While my family and I were going through difficult times, Jon regularly assisted us without charging us a penny. I know Jon to be an honest and a hard-working person who does not turn the other way when asked for help.

I also personally know Jon's wife Kira, his parents and other members of his family. Jon is a loving husband and father and a respectful son. I am proud to recommend Jon to anyone as a person of strong values and good moral character.

I am aware of the fact that Jon recently plead guilty to conspiracy to submit false information to the United States Citizenship and Immigration Service. I know that he is paying harshly for the mistake that he made. He will likely be suspended from the practice of law and his record and reputation may be damaged forever. However, in light of the fact that Jon is a very good person, I would like to respectfully ask your Honor for lenience during Jon's sentencing on March 5, 2007.

Respectfully yours,

Michael Shvartsman

Conquest Financial Services, LLC, 3370 NE 190 St. Suite 3815, Aventura, FL 33180
National: 877.505.9383    Fax: 800.260.6155

**ROMAN & MINA TEPER**
**1745 LAS GALLINAS AVENUE,**
**SAN RAFAEL, CA, 94903**

To: Honorable Judge Skretny
United States District Court
Western District of New York
From: Mila & Roman Teper

Your Honor,

I know that Jon Purizhansky pleaded guilty to conspiracy to submit false statements to the Citizenship and Immigration Services. I would like to tell you about my family experiences with Jon. We know Jon for more than 17 years. I remember the first time I met Jon. My mother and I were recent immigrants and visiting the mall (Boulevard Mall it was) for the first time. When we entered we were overwhelmed by the greatness and size of it. We just stood there and didn't know where to go. We didn't speak or read English to ask for help or directions. At this moment a young teenage boy approached us and asked if he could help us. He overheard us speaking Russian and offered to help.

He also gave us his phone number and told us that his family also recently emigrated from USSR and if we needed help to get information, translation, or advice to call him. That was quite a generous offer at that time. Since then we had an opportunity to know each other very well. It was our great pleasure to watch Jon mature and blossom. He became a student at UB, completed the undergrad studies, went to Law school, graduated, started practicing Law, and became a family man. During all this time he never changed, he is always first to help, to offer advice, never minding the time involved. You could count on him to call at any time during day or night: no matter how busy or tired, he would always answer the call. My husband's company Krama Inc. called him many times to use his expertise. He never asked us for money. Friendship for him is an old fashion virtue which he takes very seriously.

We are very sorry about what happened to Jon. We would like to respectfully ask you to take Jon's character in consideration and to be lenient on the day of his sentencing.

Thank you.

Sincerely,
Mila Teper,
Roman Teper,